IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)


Amanda D Tucker-Meuse_____,Plaintiff

v.


CPEP - The Center for Personalized Education for Physicians
_____,

Elizabeth Korinek
_____,

Department of Regulatory Agencies (DORA)
_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**
*You must notify the court of any changes to your address where case-related papers may be*

*served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Amanda D Tucker-Meuse, 62 Haystack Lane, Snowmass, Colorado 81654

(Name and complete mailing address)
970-820-8540, atuckermd@yahoo.com

(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: __ CPEP, 720 S Colorado Blvd Ste 1100, Glendale, CO 80246

(Name and complete mailing address)
(303) 577-3232

(Telephone number and e-mail address if known)

Defendant 2: Elizabeth Korinek, 720 S Colorado Blvd Ste 1100, Glendale, CO 80246

(Name and complete mailing address)
(303) 577-3232

(Telephone number and e-mail address if known)

Defendant 3: Department of Regulatory Agencies, 1560 Broadway, Suite 110 Denver, CO 8020

(Name and complete mailing address)
303-894-7855

(Telephone number and e-mail address if known)

Defendant 4: _____

(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*42 USC 12131(a) (8)*
*The Findings and Purpose of the ADA (and RA) is the Nation's proper goals. of individuals with disabilities are to assure equal opportunity, full participation, independent living and self sufficiency for such individuals "*
*ADA and RA define discrimination to include the failure to offer reasonable accommodation in violation of Congress's objectives to facilitate economic independence and maintain employment and self sufficiency*


*42 USC 12131(1) (B)*
*Public Entities may not administer a licensing program in a manner that subjects qualified individuals with disabilities to discrimination on basis of disability*

*42 USC 12101(a) (8), 29 USC 794(d)*
*Discrimination Claims under the Rehabilitation Act are governed by the same standards used in ADA cases.*

*29 CFR 1630.2(r)*
*Whether public entities have complied with their obligations and whether discrimination has occurred, not whether the individual meets the definition of disability. This requires the offer of accommodation of uncovered disabilities*

*C.F.R 1630.14*
*Fit for Duty Evaluation must be of limited scope focusing on business necessity, not overly intrusive, one in number and paid for by the requesting agency. / entity*


_____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

3

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts:

This case is a re-filing of Case No: 1:20:cv-0170**4** approved by the Federal Court in early June.

On June 23rd, 2020, the court ordered plaintiff to file an Amended Complaint.

Plaintiff filed this within 24 hours and submitted this electronically along with two other documents (signature page and Motion to add DORA as Co-defendant)

Plaintiff encloses copies of screen shots (which are photographs and cannot be altered) showing the electronic mail.

For some reason, these documents were received and accepted but the Amended Complaint was not

4

Plaintiff is re-submitting the Amended Complaint ordered on June 23rd and written the same and filed on June 24th, 2020

The claims and request for relief are submitted in this Amended complaint, filed on the proper format

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Amanda D Tucker_
(Plaintiff's signature)

_10-14-2020_
(Date)


(Form Revised December 2017)

5